■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN KNIGHT, Appellant. [968 NYS2d 381]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Griffin, J.), rendered April 28, 2011, convicting him of manslaughter in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Bradshaw*, 18 NY3d 257 [2011]; *People v Lopez*, 6 NY3d 248, 255 [2006]). Skelos, J.P., Chambers, Sgroi and Hinds-Radix, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD MANNING, Appellant. [968 NYS2d 382]—Appeal by the defendant from a resentence of the Supreme Court, Kings County (Brennan, J.), imposed January 26, 2012, upon his conviction of manslaughter in the first degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, the resentence being a period of postrelease supervision in addition to the determinate term of imprisonment previously imposed on February 5, 2001.

Ordered that the resentence is affirmed.

Since the defendant was still serving his first sentence when the resentence was imposed, the resentence to a term including the statutorily required period of postrelease supervision did not subject him to double jeopardy or violate his right to due process of law (*see People v Lingle*, 16 NY3d 621, 630-633 [2011]; *People v Thompson*, 92 AD3d 812 [2012]; *People v Harris*, 86 AD3d 543, 543-544 [2011]). Dillon, J.P., Hall, Roman and Cohen, JJ., concur.